# EXHIBIT B

 **CT Corporation**

**Service of Process Transmittal**
10/29/2014
CT Log Number 525976318

TO: Ryan Stockton
Time Warner Inc.
1 Time Warner Center, Legal Department - 14th Floor
New York, NY 10019

RE: **Process Served in California**

FOR: New Line Productions, Inc. (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | PSG Poker, LLC and Phil Gordon, Pltfs. vs. Tony Derosa-Grund, Dft., New Line Productions, Inc., etc., Garnishee |
| DOCUMENT(S) SERVED: | Notice(s), Information, Writ of Execution, Memorandum(s) |
| COURT/AGENCY: | Los Angeles County - Superior Court - Central District, CA<br>Case # CV214MC00707UA |
| NATURE OF ACTION: | Levies - Wage - Amount $687,441.43 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 10/29/2014 at 14:05 |
| JURISDICTION SERVED: | California |
| APPEARANCE OR ANSWER DUE: | Within 10 days after service |
| ATTORNEY(S) / SENDER(S): | David M. Brandon<br>1633 North Laurel Avenue<br>Ste. 2<br>Los Angeles, CA 90046<br>310-553-3100 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 10/29/2014, Expected Purge Date: 11/03/2014<br>Image SOP<br>Email Notification, Tammy Petrossian tamara.h.petrossian@employeeconnection.com<br>Email Notification, Ryan Stockton Ryan.Stockton@TimeWarner.com |
| SIGNED: | C T Corporation System |
| ADDRESS: | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| TELEPHONE: | 213-337-4615 |

Page 1 of 1 / BJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

60

EJ-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>After recording, return to:<br>David M. Brandon (SBN 208761)<br>Manahan Flashman & Brandon<br>1633 North Laurel Avenue, Ste. 2<br>Los Angeles, CA 90046<br>email. dmbrandon@hotmail.com<br>TEL NO.: 310-553-3100  FAX NO. (optional): 310-553-3101<br>E-MAIL ADDRESS *(Optional)*:<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | RECEIVED<br>14 OCT 28 PM 2: 26 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: US District Court-Central District of California
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division--Los Angeles

FOR RECORDER'S USE ONLY

PLAINTIFF: PSG Poker, LLC and Phil Gordon
DEFENDANT: Tony DeRosa-Grund, et al.

LEVYING OFFICER *(Name and Address)*:
U.S. MARSHAL
255 E. Temple Street
Room 346
Los Angeles, CA 90012

**NOTICE OF LEVY**
under Writ of  [X] Execution (Money Judgment)  [ ] Sale

LEVYING OFFICER FILE NO.:
COURT CASE NO.: CV-14-08082-GHK
2:14MC00707-MA

TO THE PERSON NOTIFIED *(name)*: New Line Productions, Inc., a California Corporation, CT Corp., 818 7th Street, LA, CA 90017

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
    a. Judgment debtor (name): Tony DeRosa-Grund, an individual
    b. The property to be levied upon is described
        [ ] in the accompanying writ of possession or writ of sale.
        [X] as follows:
        Seize any and all property of the Judgment Debtor, Tony DeRosa-Grund which you are currently holding and any and all moneys, stock or property owed to the Judgment Debtor, Tony DeRosa-Grund now and in the future.

2. The amount necessary to satisfy the judgment creditor's judgment is:
    a. Total amount due (less partial satisfactions) .................. $ 687,376.43
    b. Levy fee .................................................. $ 65.00
    c. Sheriff's disbursement fee ................................. $
    d. Recoverable costs ......................................... $
    e. Total *(a through d)* ....................................... $ 687,441.43
    f. Daily interest ............................................. $ 31.35

3. You are notified as
    a. [ ] a judgment debtor.
    b. [X] a person other than the judgment debtor *(state capacity in which person is notified)*:
        Third Party owing money to or holding property of the Judgment Debtor, Tony DeRosa-Grund.

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

Notice of Levy was
[ ] mailed on *(date)*:
[X] delivered on *(date)*: OCT 29 2014
[ ] posted on *(date)*:
[ ] filed on *(date)*:
[ ] recorded on *(date)*:

Date: OCT 29 2014

Jim Sands # 914 Los Angeles County
(TYPE OR PRINT NAME)

(SIGNATURE)
[ ] Levying officer  [X] Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. July 1, 2014]

**NOTICE OF LEVY**
(Enforcement of Judgment)

Code of Civil Procedure, § 699.540

61

| SHORT TITLE: | LEVYING OFFICER FILE NO.: | COURT CASE NO.: |
|---|---|---|
| PSG Poker, LLC and Phil Gordon v. Tony DeRosa-Grund | | ~~CV-14-00002-CHK~~ 2:14mc00707-VA |

### –INFORMATION FOR JUDGMENT DEBTOR–

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. You may claim any available exemption for your property. A list of exemptions is attached. **If you wish to claim an exemption for personal property, you must do so within 10 days after this notice was delivered to you or 15 days after this notice was mailed to you** by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. **If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

3. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

4. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

5. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

6. All sales at an execution sale are final; there is no right of redemption.

### – INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR –

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to sections 720.010–720.800 of the Code of Civil Procedure.

4. **Make checks payable to the levying officer.**

| EJ-150 [Rev. July 1, 2014] | **NOTICE OF LEVY**<br>(Enforcement of Judgment) | Page 2 of 2 |
|---|---|---|

David M. Brandon (SBN 208761)
Manahan Flashman & Brandon
1633 North Laurel Avenue, Ste. 2
Los Angeles, CA 90046
Tel: 310-553-3100
Fax: 310-553-3101
Attorneys for PSG Poker, LLC and Phil Gordon

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSG POKER, LLC and PHIL GORDON<br><br>Plaintiff(s)<br>v.<br>TONY DeROSA-GRUND<br><br>Defendant(s) | CASE NUMBER:<br>CV- 2:14-MC-00707-UA<br><br>WRIT OF EXECUTION |

TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On September 30, 2014 a judgment was entered in the above-entitled action in favor of:

PSG POKER, LLC, a Nevada limited liability company and PHIL GORDON, an individual

as Judgment Creditor and against:

TONY DeROSA-GRUND, an individual

as Judgment Debtor, for:

$ ____540,000.00____ Principal,
$ _____36,266.70____ Attorney Fees,
$ _____72,773.62____ Interest **, and
$ _____0.00____ Costs, making a total amount of
$ ____649,040.32____ JUDGMENT AS ENTERED

**NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WRIT OF EXECUTION

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the **Southern** District of **New York**, to wit:

$ __68,837.03__ accrued interest, and
$ __142.00__ accrued costs, making a total of
$ __69,249.03__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ __30,912.92__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __687,376.43__ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ __687,376.43__ Is due on the judgment as entered and bears interest at __1.69__ percent per annum, in the amount of $ __31.35__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: __10-8-14__     By: _[seal: CHRIS SAWYER, Deputy Clerk]_

1149

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Tony DeRosa-Grund
923 High Meadow Ranch Drive
Magnolia, TX 77355
```

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

---

**WRIT OF EXECUTION**

CV-23 (6/01)

PAGE 3 OF 3
65

AT-167/EJ-152

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | LEVYING OFFICER (Name and Address): |
|---|---|
| David M. Brandon (SBN 208761)<br>Manahan Flashman & Brandon<br>1633 North Laurel Avenue, Ste. 2, Los Angeles, CA 90046<br>TELEPHONE NO.: 310-553-3100   FAX NO.: 310-553-3101<br>E-MAIL ADDRESS: dmbrandon@hotmail.com<br>ATTORNEY FOR (Name): Judgment Creditors, PSG Poker, LLC and Phil Gordon | U.S. MARSHAL<br>255 E. Temple Street<br>Room 346<br>Los Angeles, CA 90012 |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: United States District Court for the Central District of California |
| MAILING ADDRESS: 312 North Spring Street |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Western Division--Los Angeles |

PLAINTIFF/PETITIONER: PSG Poker, LLC and Phil Gordon

DEFENDANT/RESPONDENT: Tony DeRosa-Grund, et al.

LEVYING OFFICER FILE NO.:

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

COURT CASE NO.:
CV-14-08082-GHK  2:14mc00707-UA

**NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT:** This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.

— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER —

This memorandum does *not* apply to garnishment of earnings.

1. a. Garnishee (name): New Line Productions, Inc., a California corporation
   b. Address: Registered Agent: CT Corp. 818 7th Street, Los Angeles, CA 90017

2. Judgment Creditor (name): PSG Poker, LLC, a Nevada limited liability company and Phil Gordon, an individual

3. ☐ (Check if applicable.) The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

[stamp: 14 OCT 28 PM 2:27 RECEIVED]

5. **For writ of execution only.** Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

*(Continued on reverse)*   Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
AT-167/EJ-152 [Revised July 1, 2013]

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Code Civ. Proc., §§ 488.610, 701.030

66

AT-167/EJ-152

| SHORT TITLE: PSG Poker LLC & Phil Gordon v. Tony DeRosa-Grund | LEVYING OFFICER FILE NO.: | CASE NUMBER: ~~CV-14-08082-GHK~~ 2:14mc00707-UA |
|---|---|---|

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

8. **For writ of execution only.** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

### DECLARATION OF GARNISHEE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____   ▶ _____
       (TYPE OR PRINT NAME)                                (SIGNATURE)

**If you need more space to provide the information required by this memorandum, you may attach additional pages.**
☐ Total number of pages attached:

AT-167/EJ-152 [Rev. July 1, 2013]     **MEMORANDUM OF GARNISHEE**     Page 2 of 2
(Attachment–Enforcement of Judgment)