1  **KELLEY DRYE & WARREN LLP**
   Michael J. O'Connor (State Bar No. 090017)
2  Sarah L. Cronin (State Bar No. 252624)
   Eric W. May (State Bar No. 264733)
3  10100 Santa Monica Boulevard
   23rd Floor
4  Los Angeles, CA 90067-4008
   Telephone:  (310) 712-6100
5  Facsimile:   (310) 712-6199
   moconnor@kelleydrye.com
6  scronin@kelleydrye.com
   emay@kelleydrye.com
7
   Attorneys for Interpleader Plaintiff
8  New Line Productions, Inc.

9              **UNITED STATES DISTRICT COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NEW LINE PRODUCTIONS, INC., a California Corporation | Case No. 2:15-cv-5788 MWF (ASx) |
| Interpleader Plaintiff, | **NOTICE OF AUTOMATIC STAY (11 U.S.C. SECTION 362)** |
| v. | |
| TONY DEROSA-GRUND, an individual; EVERGREEN MEDIA HOLDINGS, LLC, a Texas Limited Liability Company; EVERGREEN MEDIA GROUP, LLC, a Texas Limited Liability Company; SILVERBIRD MEDIA GROUP, LLC, a Delaware Limited Liability Company; PHIL GORDON, an individual; and PSG POKER, LLC, a Nevada Limited Liability Company | Action Filed:   July 30, 2015<br>Trial Date:     August 9, 2016 |
| Interpleader Defendants. | |

714565

NOTICE OF AUTOMATIC STAY

# NOTICE OF AUTOMATIC STAY

TO THE HONORABLE JUDGE OF THIS COURT:

**Please be advised** that on January 22, 2016, the Bankruptcy Court for the Southern District of Texas entered an Order re-opening the bankruptcy case of Defendant Tony DeRosa-Grund ("DeRosa-Grund") pursuant to 11 U.S.C. 350(b) ("TDG Bankruptcy Case"). The TDG Bankruptcy Case is now proceeding under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas—Houston Division in Case No. 09-33264, the Honorable Jeff Bohm presiding.

A true and correct copy of the *Order Regarding the Debtor's Motion to Reopen Chapter 7 Case* [Dkt. No. 123], the *Memorandum Opinion on the Debtor's Motion to Reopen Chapter 7 Case* [Dkt. No. 122], and *Appendix "A" The Court's Observations and Findings About the Debtor's Credibility* [Dkt. 122-1] are attached as **Exhibit A** (collectively, the "Order").

**Please be further advised** that on January 25, 2016, Eva Engelhart was appointed as Successor Chapter 7 Trustee ("Trustee"). Counsel for the Trustee has advised that an automatic stay of this action does apply or should apply pursuant to 11 U.S.C. § 362.

Plaintiff New Line Productions, Inc. ("New Line") intends to seek clarification from the Bankruptcy Court as to the impact, if any, of the Order on this action. In light of the Trustee's position that this action is, or should be subject to the automatic stay pursuant to 11 U.S.C. § 362, New Line requests that the hearing on DeRosa-Grund's Discharge Motion (Dkt. 29) and New

/ / /
/ / /
/ / /
/ / /
/ / /

1  Line's Motion for Discharge Without Prejudice and for Attorneys' Fees and Costs (Dkt. 34),

2  presently set for February 1, 2016, be vacated, pending further order of the Bankruptcy Court.

3

4  DATED: January 26, 2016                         KELLEY DRYE & WARREN LLP
                                                   Michael J. O'Connor
5                                                  Sarah L. Cronin
                                                   Eric W. May
6
                                             By:   /s/ Michael J. O'Connor
7                                                  Michael J. O'Connor
                                                   Attorneys for Plaintiff
8                                                  New Line Productions, Inc.

`714565

2

NOTICE OF AUTOMATIC STAY