UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV-15-5788-MWF (ASx)          **Date:** January 28, 2016

**Title:**    New Line Productions, Inc. -v- DeRosa-Grund et al.

**Present:**    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**    ORDER RE NOTICE OF AUTOMATIC STAY [45]

      Before the Court is Interpleader Plaintiff New Line Productions, Inc.'s Notice of Automatic Stay, in which New Line requests that the Court vacate the February 1, 2016, hearing on Interpleader Defendants Tony Derosa-Grund, Evergreen Media Group, LLC, Evergreen Media Holdings, LLC, and Silverbird Media Group, LLC's Motion for Discharge of Plaintiff from Interpleader Action (Docket No. 29) and New Line's Motion for Discharge Without Prejudice and for Attorney's Fees and Costs (Docket No. 34).

      According to New Line, at Defendant DeRosa-Grund's petitioning, the Bankruptcy Court for the Southern District of Texas issued an order reopening DeRosa-Grund's bankruptcy case pursuant to 11 U.S.C. § 350(b). In reopening the case, the Bankruptcy Court ordered that DeRosa-Grund be immediately enjoined from participating in any lawsuits in which he is a party seeking relief regarding the "treatment" of the screenplay for *The Conjuring*. (Docket No. 45-1, at 3, 6). The Bankruptcy Court explains that "[a] 'treatment' is an 'abridged script; longer than a synopsis." (*Id.* at 6).

      New Line indicates that it "intends to seek clarification from the Bankruptcy Court as to the impact, if any, of the Order on this action." (Docket No. 45). Furthermore, the Successor Chapter 7 Trustee in the bankruptcy case has indicated that an automatic stay of this case does or should apply pursuant to 11 U.S.C. § 362. (*Id.*).

      This case concerns DeRosa-Grund and other related parties' rights under an Option Quitclaim Agreement ("OQA") entered into with New Line regarding the

---

**CIVIL MINUTES—GENERAL**          1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV-15-5788-MWF (ASx)   **Date:** January 28, 2016
**Title:**   New Line Productions, Inc. -*v*- DeRosa-Grund et al.

theatrical *sequel* to *The Conjuring*. Without the benefit of briefs explaining the relationship between *The Conjuring* "treatment" and sequel OQA, the Court believes it prudent to vacate the hearing on the Motions until the Bankruptcy Court clarifies whether DeRosa-Grund is truly enjoined from participation in this litigation.

Therefore, the Court grants New Line's request and hereby **VACATES** the hearing scheduled for February 1, 2016, until further notice. The parties are directed to file a joint status report with the Court within 30 days of the date of this Order, and every 30 days thereafter until the Bankruptcy Court issues an order clarifying the automatic stay.

IT IS SO ORDERED.