JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW LINE PRODUCTIONS, INC., | Case No. CV 2:15-cv-5788 MWF-ASx |
| Interpleader Plaintiff, | JUDGMENT |
| vs. | |
| TONY DEROSA-GRUND et al., | |
| Interpleader Defendants. | |

In accordance with the Court's Order Regarding Release of Interpleaded Funds (Docket No. 38), Order Granting Defendant's Motion for Discharge of Plaintiff (Docket No. 59), and pursuant to Rule 54 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. The interpleaded funds shall be distributed pursuant to the parties' stipulation as follows:

    a. Interpleader Defendants PSG Poker, LLC and Phil Gordon (collectively "Gordon") shall receive the

1

principal sum of $500,000, plus any interest earned on the funds, by way of a check payable and sent to Gordon's counsel of record: "David M. Brandon, Attorney Trust Account" at 1633 North Laurel Ave., Ste. 2, Los Angeles 90046.

   b. Interpleader Defendants Tony DeRosa-Grund, Evergreen Media Holdings, LLC, Evergreen Media Group, LLC, and Silverbird Media Group, LLC (collectively "DeRosa-Grund") shall receive the principal sum of $250,000, plus any interest earned on the funds, by way of a check payable and sent to DeRosa-Grund's counsel of record: "David N. Lake, Attorney Trust Account" at 16130 Ventura Blvd., Ste. 650, Encino, CA 91436.

IT IS SO ORDERED.

Dated: June 7, 2016  _____
         MICHAEL W. FITZGERALD
         United States District Judge

cc: Fiscal